# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEROME KING,** | : |
| Petitioner, | : CIVIL ACTION |
| v. | : NO. 14-0677 |
| **THE DISTRICT ATTORNEY OF THE COUNTY OF PHILDELPHIA, et al.,** | : |
| Respondents. | : |

## ORDER

**AND NOW**, this _16th_ day of April, 2020, upon consideration of the Petition for Writ of Habeas Corpus (Doc. 1), the Motion to Dismiss the Habeas Petition as Moot (Doc. 15), the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells (Doc. 16), and Petitioner's Objections to the Report and Recommendation (Docs. 18,20), **IT IS HEREBY ORDERED AND DECREED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Motion to Dismiss (Doc. 15) is **GRANTED**;

3. The Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED**; and

4. There is no basis for the issuance of a certificate of appealability.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case as closed for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, U.S.D.J**